```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*X

CVD Equipment Corporation

- VS -

Taiwan Glass Industrial Corporation, et al

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*X

2010 CV 00573 (RJH)

ORDER

On July 16, 2010, a conference was held in this matter before the Honorable Richard J. Holwell, United States District Court for the Southern District of New York. Present before the Court were all parties represented by their attorneys. The Court established the following schedule:

1. Defendant Mizuho to file motion for summary judgement by July 30, 2010.

2. Plaintiff to file opposition papers by August 31, 2010.

3. Reply papers to be filed by September 13, 2010.

SO ORDERED.
Dated: New York, New York
       July 19, 2010

_____
Richard J. Holwell
United States District Judge