UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CVD EQUIPMENT CORPORATION,

                Plaintiff,

  -against-

TAIWAN GLASS INDUSTRIAL CORPORATION, and
MIZUHO CORPORATE BANK, LTD.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

10 Civ. 0573 (RJH) (RLE)

ECF CASE

**NOTICE OF MOTION**

**(Oral Argument Requested)**

      PLEASE TAKE NOTICE that upon the accompanying (i) Declaration of Ruby Huang, executed on July 26, 2010, and the exhibits annexed thereto, (ii) Statement of Material Undisputed Facts in Support of Mizuho Corporate Bank Ltd.'s Motion for Summary Judgment, dated July 28, 2010, and (iii) Defendant Mizuho Corporate Bank, Ltd.'s Memorandum of Law in Support of its Motion for Summary Judgment, dated July 28, 2010, Defendant Mizuho Corporate Bank, Ltd., by its attorneys, hereby moves the Court for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting its motion for summary judgment.

      PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's scheduling ordered entered on July 23, 2010, any opposing affidavits and answering memoranda shall be filed and served by August 31, 2010.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's scheduling ordered entered on July 23, 2010, any reply affidavits and memoranda of law shall be filed and served by September 13, 2010.

Dated: New York, New York
July 28, 2010

                                WOLLMUTH MAHER & DEUTSCH LLP

                                By: ___/s/ Randall R. Rainer_____
                                     William A. Maher
                                     Vincent T. Chang
                                     Randall R. Rainer

                                500 Fifth Avenue
                                New York, New York 10110
                                (212) 382-3300

                                *Attorneys for Defendant Mizuho Corporate Bank, Ltd.*

TO:    Douglas J. Good, Esq.
         Joseph R. Habeson, Esq.
         RUSKIN MOSCOU FALTISCHEK, P.C.
         1425 RXR Plaza
         East Tower, 15th Floor
         Uniondale, New York 11556

         *Attorneys for Plaintiff CVD Equipment Corporation*

         Christopher Allegaert, Esq.
         Howard Chen, Esq.
         ALLEGAERT BERGER & VOGEL LLP
         111 Broadway, 20th Floor
         New York, New York 10006

         *Attorneys for Defendant Taiwan Glass Industrial Corporation*