WOLLMUTH MAHER & DEUTSCH LLP
William A. Maher
Vincent T. Chang
Randall R. Rainer
500 Fifth Avenue
New York, New York 10110
(212) 382-3300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
CVD EQUIPMENT CORPORATION,                :         10 CIV 0573 (RJH)
                                          :
                Plaintiff,                :
                                          :
        -against-                         :         **AFFIDAVIT OF SERVICE**
                                          :
TAIWAN GLASS INDUSTRIAL CORPORATION,      :
and MIZUHO CORPORATE BANK, LTD.,          :
                                          :
                                          :
                Defendants.               :
-----------------------------------------------------------------x

STATE OF NEW YORK    )
                     : ss :
COUNTY OF NEW YORK   )

   Katia L. Sperduto, being duly sworn, deposes and says:

   I am over the age of 18, employed by the law firm, Wollmuth Maher & Deutsch, LLP and not a party to this action.

   On July 28, 2010, I caused true copies of the following documents:

   (i)     Defendant Mizuho Corporate Bank, Ltd.'s Notice of Motion for Summary Judgment;

   (ii)    Declaration of Ruby Huang in Support of Defendant Mizuho Corporate Bank, Ltd.'s Motion for Summary Judgment;

   (iii)   Statement of Material Undisputed Facts in Support of Defendant Mizuho Corporate Bank, Ltd.'s Motion for Summary Judgment; and

   (iv)    Defendant Mizuho Corporate Bank Ltd.'s Memorandum of Law in Support of its Motion for Summary Judgment

to be served by e-mail and Federal Express, upon the following:

>Douglas Jay Good, Esq.
>Joseph R. Harbeson, Esq.
>Ruskin Moscou Faltischek, P.C.
>1425 RXR Plaza
>East Tower, 15th Floor
>Uniondale, NY 11556
>
>*Counsel for Plaintiff CVD Equipment Corporation*
>
>Christopher Allegaert, Esq.
>Howard Chen, Esq.
>Allegaert Berger & Vogel LLP
>111 Broadway, 20th Floor
>New York, New York 10006
>
>*Counsel for Defendant Taiwan Glass Industrial Corporation*

Dated:   July 28, 2010
         New York, New York

_____
Katia L. Sperduto

Sworn to before me this
28th day of July 2010

_____
Notary Public

NICHOLAS F. GREEN
Notary Public, State of New York
No. 01GR6181803
Qualified in New York County
Commission Expires Feb. 11, 2012

2