UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CVD EQUIPMENT CORPORATION,

                              Plaintiff,

  -against-

TAIWAN GLASS INDUSTRIAL CORPORATION and
MIZUHO CORPORATE BANK, LTD.,

                            Defendants.
-----------------------------------------------------------------X

**NOTICE OF**
**CROSS MOTION**

Docket No.: 10 CV 0573
               (RJH)(RLE)
ECF Case

**Oral Argument**
**Requested**

      **PLEASE TAKE NOTICE**, that upon the annexed affidavits of Karen Hamberg, sworn to the 26th day of August, 2010, and Kurian T. Kurian, sworn to the 30th day of August, 2010, and the exhibits annexed thereto, and the accompanying Memorandum of Law, and all of the pleadings and proceedings heretofore had herein, plaintiff, by its attorney Ruskin Moscou Faltischek, P.C., will cross-move this Court, at a date and time to be determined by the Court, at the United States Courthouse, located at 500 Pearl Street, New York, New York, for an Order pursuant to Fed R. Civ. P. 56 granting plaintiff summary judgment on against defendant Mizuho Corporate Bank, Ltd., and granting plaintiff such other and further relief as this Court deems just and proper.

Dated: Uniondale, New York
       August 31, 2010

                                            RUSKIN MOSCOU FALTISCHEK, P.C.

                                            By: _____
                                                Douglas J. Good, Esq.
                                                Joseph R. Harbeson, Esq.
                                                *Attorney for Plaintiff*
                                                East Tower, 15th Floor
                                                1425 RXR Plaza
                                                Uniondale, New York 11556
                                                (516) 663-6600

TO:    CHRISTOPHER ALLEGAERT ESQ.
        HOWARD CHEN, ESQ.
        ALLEGAERT BERGER & VOGEL, LLP
        *Attorneys for Defendant-Counterclaimant*
        *Taiwan Glass Industrial Corporation*
        111 Broadway, 20th Floor
        New York, New York 10006
        (212) 571-0550

        WILLIAM A. MAHER, ESQ.
        VINCENT T. CHANG, ESQ.
        WOLLMUTH MAHER & DEUTSCH LLP
        *Attorneys for Defendant Mizuho Corporate Bank, Ltd.*
        500 Fifth Avenue
        New York, New York 10110
        (212) 382-3300