USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED 9/8/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CVD EQUIPMENT CORP.,

        Plaintiff,

- against -

TAIWAN GLASS INDUSTRIAL CORP.,
AND MIZUHO CORPORATE BANK, LTD.

        Defendant.

---

10 Civ. 00573 (RJH)

**ORDER**

The court is in receipt of CVD Equipment's letter requesting leave to file a cross-motion for summary judgment. CVD Equipment's request to file a cross-motion is granted. The briefing schedule is amended as follows:

1. CVD Equipment's opposition and cross-motion must be filed by August 31, 2010.

2. Mizuho Corporate Bank's opposition and reply must be filed by September 30, 2010.

3. CVD Equipment's reply must be filed by October 15, 2010.

SO ORDERED.

Dated: New York, New York
       September 7, 2010

                              Richard J. Holwell
                            United States District Judge