USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/10

AUG 23 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
CVD EQUIPMENT CORPORATION,

                Plaintiff,

    -against-

TAIWAN GLASS INDUSTRIAL
CORPORATION, and MIZUHO
CORPORATE BANK, LTD.

                Defendants.
-------------------------------------------------------------x

10 CIV 0573 (RJH) (RLE)

STIPULATION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/10

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that:

1. Paragraph B(ii) of the Scheduling Order dated April 6, 2010 (and issued by the Court on April 15, 2010) be amended as follows: "Proposed Cutoff Date for Joinder of Additional Parties: on or before September 1, 2010".

2. Paragraph B(iii) of the Scheduling Order be amended as follows: "Proposed Cutoff Date for Amendments to Pleadings: on or before September 1, 2010".

Dated: New York, New York
       August 20, 2010

RUSKIN MOSCOU FALTISCHEK, P.C.

By: _____
Douglas J. Good
Joseph R. Harbeson
1425 RXR Plaza
East Tower, 15th Floor
Uniondale, New York, 11556
(516) 663-6600
Counsel for CVD Equipment Corporation

ALLEGAERT BERGER & VOGEL LLP

By: _____
Christopher Allegaert
Michael Vogel
Howard Chen
111 Broadway, 20th Floor
New York, New York 10006
(212) 571-0550
Counsel for Taiwan Glass

WOLLMUTH MAHER & DEUTSCH LLP

By: _Vincent T. Chang /cvss_
William A. Maher
Vincent T. Chang
500 Fifth Avenue, 12th Floor
New York, New York 10110
(212) 382-3300
Counsel for Mizuho Corporate Bank, Ltd.

SO ORDERED:

_[signature]_
U.S.D.J.
8/30/10