WOLLMUTH MAHER & DEUTSCH LLP
William A. Maher
Vincent T. Chang
Randall R. Rainer
500 Fifth Avenue
New York, New York 10110
(212) 382-3300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x

| | | |
|---|---|---|
| CVD EQUIPMENT CORPORATION, | : | 10 CIV 0573 (RJH) |
| | : | |
| Plaintiff, | : | |
| | : | |
| -against- | : | **CERTIFICATE OF SERVICE** |
| | : | |
| TAIWAN GLASS INDUSTRIAL CORPORATION, | : | |
| and MIZUHO CORPORATE BANK, LTD., | : | |
| | : | |
| | : | |
| Defendants. | : | |

----------------------------------------------------------------------x

STATE OF NEW YORK      )

                    : ss :

COUNTY OF NEW YORK   )

Randall R. Rainer, being duly sworn, hereby deposes and says:

1.      I am a partner at Wollmuth Maher & Deutsch, LLP.  I am over the age of 18 and not a party to this action.

2.      On September 30, 2010, I caused true copies of Defendant Mizuho Corporate Bank, Ltd.'s (i) Supplemental Statement of Material Undisputed Facts Supporting its Motion for Summary Judgment, Reply to CVD Equipment Corporation's Response to Mizuho's Initial Statement of Material Undisputed Facts, and Counter-Statement of Material Undisputed Facts in Opposition to CVD's Cross-Motion for Summary Judgment; (ii) Memorandum of Law in Opposition to CVD Equipment Corporation's Cross-Motion for Summary Judgment and Reply Memorandum of Law in Further Support of its Motion for Summary Judgment; and (iii)

Declaration of Vincent T. Chang in Support of Mizuho Corporate Bank, Ltd.'s Memorandum of

Law in Opposition to CVD Equipment Corporation's Cross-Motion for Summary Judgment and

Reply Memorandum of Law in Further Support of its Motion for Summary Judgment to be

served utilizing the Court's CM/ECF system which automatically sends notice of such filings to

all attorneys of record, as well as via electronic mail upon the following:

> Douglas Jay Good, Esq.
> Joseph R. Harbeson, Esq.
> Ruskin Moscou Faltischek, P.C.
> 1425 RexCorp Plaza
> East Tower, 15th Floor
> Uniondale, NY 11556
>
> *Counsel for Plaintiff CVD Equipment Corporation*
>
> Christopher Allegaert, Esq.
> Howard Chen, Esq.
> Allegaert Berger & Vogel LLP
> 111 Broadway, 20th Floor
> New York, New York 10006
>
> *Counsel for Defendant Taiwan Glass Industrial Corporation*

Dated:     New York, New York
           September 30, 2010


                                   _____/s/_____
                                              Randall R. Rainer


                                   *Attorneys for Defendant Mizuho Corporate Bank,
                                   Ltd.*

2