USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/14/10

OCT 13 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
CVD EQUIPMENT CORPORATION,          :
                                    :
                    Plaintiff,      :     10 CIV 0573 (RJH) (RLE)
                                    :
        -against-                   :
                                    :
TAIWAN GLASS INDUSTRIAL             :     **STIPULATION**
CORPORATION, and MIZUHO             :
CORPORATE BANK, LTD.                :
                                    :
                    Defendants.     :
-------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for all parties,

that the time of plaintiff, CVD Equipment Corporation, to serve and file its reply on its cross-

motion for summary judgment against defendant, Mizuho Corporate Bank, Ltd., is adjourned to

October 22, 2010.  This stipulation may be executed in counterparts and email or facsimile

signatures shall be deemed originals.

Dated: October /__, 2010

RUSKIN MOSCOU FALTISCHEK, P.C.         ALLEGAERT BERGER & VOGEL LLP
*Attorney for Plaintiff*                *Attorneys for Defendant, Taiwan Glass*
                                        *Industrial Corporation*

By:                                     By:
    Joseph R. Harbeson                      Christopher Allegaert
1425 RXR Plaza                              Howard Chen
East Tower, 15th Floor                  111 Broadway, 20th Floor
Uniondale, New York, 11556              New York, New York 10006
(516) 663-6600                          (212) 571-0550

WOLLMUTH MAHER & DEUTSCH LLP
*Attorneys for Defendant Mizuho Corporate*
*Bank, Ltd.*

By: _____
    Randall R. Rainer
    William A. Maher
    Vincent T. Chang
500 Fifth Avenue
New York, New York 10110
(212) 382-3300


SO ORDERED:

_____
        U.S.D.J.

#498752       10/13/10

2