```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/3/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

CVD EQUIPMENT

                     Plaintiff,

-against-

TAIWAN GLASS

                     Defendant.

------------------------------------------------------------x

10 Civ. 00573 (RJH)

**<u>ORDER</u>**

        The pretrial conference scheduled for November 05, 2010 is rescheduled to November 10, 2010 at 10:30 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: November 2, 2010
      New York, New York

                                                Richard J. Holwell
                                            United States District Judge