UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/10

------------------------------------------------------------x

CVD EQUIPMENT CORP.,                    :         10 Civ. 573 (RJH)
                                        :
                Plaintiff,              :
                                        :         **ORDER**
       -against-                        :
                                        :
TAIWAN GLASS INDUSTRIAL CORP.,          :
                                        :
                Defendant.              :
                                        :
------------------------------------------------------------x

The Court is in receipt of Taiwan Glass Industrial Corp.'s ("Taiwan Glass") proposed amended answer and counterclaim. The Court grants leave for Taiwan Glass to file and serve this document.

SO ORDERED:

Dated: New York, New York
       November 19, 2010

_____
Richard J. Holwell
United States District Judge

1