UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
CVD EQUIPMENT CORPORATION,                    :

                Plaintiff,                    :

            -against-                               :  Civil Action No.:  10 CV 0573
                                                                     (RJH) (RLE)
TAIWAN GLASS INDUSTRIAL                       :
CORPORATION, and MIZUHO
CORPORATE BANK, LTD.,                         :

                Defendants.                   :
---------------------------------------------------------------x   **NOTICE OF APPEARANCE**
TAIWAN GLASS INDUSTRIAL                       :
CORPORATION,
                                      :

            Counterclaim Plaintiff,       :

            -against-                               :

CAPITAL ONE, N.A.,
                                      :

            Counterclaim Defendant.
---------------------------------------------------------------x

        To the Clerk of this Court and all parties of record:

        Please enter my appearance as counsel in this case for Capital One, N.A., Counterclaim Defendant.

        I certify that I am admitted to practice in this Court.

Dated:  December 3, 2010

                                          KING & SPALDING LLP

                                          by:  /s/ Paul A. Straus
                                            Paul A. Straus (pstraus@kslaw.com)
                                            1185 Avenue of the Americas
                                            New York, NY  10036
                                            (212) 556-2136

                                          *Attorneys for Counterclaim Defendant*
                                          *Capital One, N.A.*