UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

| | |
|---|---|
| CVD EQUIPMENT CORPORATION, | Civil Action No.: 10 CV 0573 (RJH) (RLE) |
| Plaintiff, | |
| -against- | |
| TAIWAN GLASS INDUSTRIAL CORPORATION, and MIZUHO CORPORATE BANK, LTD., | |
| Defendants. | |

----------------------------------------------------------------x

TAIWAN GLASS INDUSTRIAL CORPORATION,

       Counterclaim Plaintiff,

       -against-

CAPITAL ONE, N.A.,

       Counterclaim Defendant.
----------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/10

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for Counterclaim Plaintiff Taiwan Glass Industrial Corporation ("Taiwan Glass") and Counterclaim Defendant Capital One, N.A. ("Capital One") that Capital One's time to answer,

move to dismiss or otherwise respond to Taiwan Glass's Counterclaim in this action is extended to and including January 7, 2011.

Dated: November 29, 2010

ALLEGAERT BERGER & VOGEL LLP

*/s/* 

Christopher Allegaert
(callegaert@abv.com)
Michael Vogel (mvogel@abv.com)
Howard Chen (hchen@abv.com)
111 Broadway
20th Floor
New York, NY 10006
(212) 571-0550

*Attorneys for Defendant-Counterclaimant
Taiwan Glass Industrial Corporation*

KING & SPALDING LLP

*/s/*

Paul A. Straus (pstraus@kslaw.com)
1185 Avenue of the Americas
New York, NY 10036
(212) 556-2136

*Attorneys for Counterclaim Defendant
Capital One, N.A.*

SO ORDERED:

_____
Honorable Richard J. Holwell
United States District Judge
12/3/10

2