```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/29/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

CVD EQUIPMENT CORP.,                :         10 Civ. 573 (RJH)

                 Plaintiff,    :

          -against-                        :         **SCHEDULING ORDER**

TAIWAN GLASS INDUSTRIAL CORP.,       :

                 Defendant.    :

------------------------------------------------------------x

      In light of the fact that counter-party Capital One must file an answer to the Taiwan Glass counterclaims by January 7, 2011, the court adopts the following briefing schedule for any motion for summary judgment that may arise from these counterclaims.

1. The moving papers are to be filed by January 28, 2011.
2. Opposition to be filed by February 18, 2011.
3. Reply to be filed by February 25, 2011.

The oral argument on this and the pending summary judgment motion scheduled for March 4, 2011 is adjourned until March 18, 2011 at 2:30 PM.


SO ORDERED:

Dated: New York, New York
       December 23, 2010

                                                          Richard J. Holwell
                                                          United States District Judge