UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x

CVD EQUIPMENT CO.,

               Plaintiff,               No. 10 Civ. 573 (RJH)

             - against -                **ORDER**

TAIWAN GLASS INDUSTRIAL CORP., et al.,

             Defendants.

------------------------------- x

RICHARD J. HOLWELL, District Judge:

    Oral argument in the above-captioned action is adjourned until March 25, 2011 at 2:30 p.m.

    SO ORDERED.

Dated:    February 15, 2011
             New York, New York

                                       RICHARD J. HOLWELL
                                       UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/11