# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
New York, New York 10036-4003
www.kslaw.com

Paul A. Straus
Direct Dial: (212) 556-2136
pstraus@kslaw.com

February 22, 2011



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/3/11



RECEIVED
FEB 22 2011
CHAMBERS OF
RICHARD J. HOLWELL

**BY FAX**

The Honorable Richard J. Holwell
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1950
New York, New York 10007-1312

Re:   *CVD Equipment Corporation v. Taiwan Glass Industrial Corporation et al.*
      10 CV 0573 (RJH)(RLE)

Dear Judge Holwell:

We represent Capital One Bank, N.A. ("Capital One"), in the above-captioned case. Capital One's reply brief in support of its motion to dismiss the counterclaim of Taiwan Glass Industrial Corporation ("Taiwan") is due this Friday, February 25. I am writing to request permission to file a 12-page reply brief, two pages longer than the limit provided by Your Honor's Individual Practices. I have conferred with Christopher Allegaert, Esq., counsel for Taiwan, who has consented to the page extension.

Thank you for your attention to this matter.

Respectfully submitted,

Paul A. Straus

cc:   All Counsel (via e-mail)

SO ORDERED

RICHARD J. HOLWELL
UNITED STATES DISTRICT JUDGE
2/25/11