

RUSKINMOSCOUFALTISCHEK P.C.
Counselors at Law

Writer's Direct Dial: (516) 663-6545
Writer's Direct Fax: (516) 663-6745
Writer's E-Mail: jharbeson@rmfpc.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-9-11

June 9, 2011

RECEIVED
JUN - 9 2011
CHAMBERS OF
RONALD L. ELLIS
USMJ

By Hand

The Honorable Ronald L. Ellis
U.S. Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1970
New York, New York 10007-1312

Re: *CVD Equipment Corporation v. Taiwan Glass Industrial Corporation v. Capital One, N.A.*
Case No. 2010 Civ. 00573 (RJH) (RLE)

Dear Judge Ellis:

This office represents plaintiff, CVD Equipment Corporation, in the above-referenced action. We write with the consent of all counsel to request a brief adjournment of the conference scheduled by the Court at 10:00 a.m. on June 21, 2011, due to the unavailability of counsel from this office. All counsel are available at any time on June 22, 2011, and we believe are also available on June 27 or 29 and on July 5th.

In light of the number of open discovery disputes or issues between the parties, all parties request that the first available date be selected, if possible. In that regard, it should be noted that depositions are noticed to begin in the last week of June, and there are discovery disputes between the parties that may affect those depositions.

Please advise if the Court requires anything further with regard to this request.

Conference adjourned to June 27, 2011, at 3:30 pm.

Respectfully submitted,

Joseph R. Harbeson
For the Firm

SO ORDERED
Ronald Ellis 6-9-11
MAGISTRATE JUDGE RONALD L. ELLIS

JRH:as

cc: Howard Chen, Esq. (by email)
Paul A. Straus, Esq. (by email)
Douglas J. Good, Esq.